# Exhibit 2



Robert J. Bittman
*Founder & Managing Partner*

202-360-0360
rbittman@bittmanlaw.com
www.bittmanlaw.com

The Willard Office Building
1455 Pennsylvania Ave., N.W.
Suite 400
Washington, DC  20004

July 9, 2025

**CONFIDENTIAL**
**VIA EMAIL**

Kerry J. Miller, Esq.
FISHMAN HAYGOOD, L.L.P.
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170
kmiller@fishmanhaygood.com

>       Re:    *Boynes, et al. v. Limetree Bay Ventures, et al.* (Civil No. 2021-0253 USDC USVI); *Shirley, et al. v. Limetree Bay Ventures, et al.* (Civil No. 2021-0259 USDC USVI); *Moorhead, et al. v. Limetree Bay Ventures, et al.* (Civil No. 2021-0260 USDC USVI); *Cotton, et al. v. Limetree Bay Ventures, et al.* (Civil No. 2021-0261 USDC USVI)
>              Deposition of Jeffrey Rinker

Dear Mr. Miller:

       Please note that at his deposition scheduled for July 16, 2025, in the above-referenced matters (the "Matters"), Mr. Rinker will be asserting his rights under the Fifth Amendment to the United States Constitution and will not answer any questions relating, referring, or pertaining to the Matters.  As I'm sure you are aware, the events at Limetree Bay are the subject of a criminal investigation.  The Supreme Court has emphasized that one of the Fifth Amendment's "basic functions … is to protect innocent men" and that "[t]he privilege serves to protect the innocent who otherwise might be ensnared by ambiguous circumstances."  *Grunewald* v. *United States*, 353 U.S. 391, 422 (1957); *see also Ohio v. Reiner*, 532 U.S. 17, 21 (2001).  Please let me know if you still wish us to appear next week.

Sincerely,

*Robert J. Bittman*

Robert J. Bittman
*Counsel to Jeffrey Rinker*

Kerry J. Miller, Esq.
July 9, 2025
Page | 2

cc:  Kenneth M. Klemm, Esq.
 Adam Zuckerman, Esq.

BittmanLaw