# Exhibit 3

| | |
|---|---|
| From: | Mark.Chavez [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=76E9B27E2D53473399EF0C72D4E0C3F8-MARK.CHAVEZ] |
| Sent: | 6/11/2021 1:19:04 PM |
| To: | Fox, Matthew [Matthew.Fox@eigpartners.com] |
| Subject: | FW: Limetree Bay Refinery |



Mark

**Mark A. Chavez**
General Counsel
Limetree Bay Refining, LLC
Limetree Bay Terminals, LLC
O: 832-553-1181
M: 305-849-7096
842 West Sam Houston Pkway North | Suite 400 | Houston, Texas  77024-3955

 

**From:** Johnson Koch, LeAnn M. (Perkins Coie) <LeAnnJohnson@perkinscoie.com>
**Sent:** Friday, June 11, 2021 8:56 AM
**To:** Jeffrey.Rinker <jrinker@lbenergy.com>; Mark.Chavez <mchavez@lbenergy.com>; Franklin.Quow <fquow@lbenergy.com>
**Cc:** Rao, Pravin (Perkins Coie) <prao@perkinscoie.com>
**Subject:** [EXTERNAL] FW: Limetree Bay Refinery
**Importance:** High

*Warning: Email received from outside the Limetree Bay domain. Use caution before clicking on any links, opening any attachments, or providing sensitive data.*

Jeff, Mark, and Franklin –

[redacted]

LeAnn

**LeAnn Johnson Koch** | **Perkins Coie LLP**
Office: 202.654.6209
Mobile: 202.253.8152

**From:** Shappert, Gretchen (USAVI) <Gretchen.Shappert@usdoj.gov>
**Sent:** Friday, June 11, 2021 9:05 AM
**To:** Johnson Koch, LeAnn M. (WDC) <LeAnnJohnson@perkinscoie.com>
**Cc:** Stewart, Howard (ENRD) <Howard.Stewart@usdoj.gov>; Shappert, Gretchen (USAVI) <Gretchen.Shappert@usdoj.gov>



EXHIBIT 5

**Subject:** Limetree Bay Refinery
**Importance:** High

Good morning, Counsel:

The United States Attorney's Office for the District of the Virgin Islands has received information that suggests one or more of the recent events at Limetree Bay Refinery may constitute a criminal violation of the federal Clean Air Act. Obviously, we are also aware of the media reports on the releases from the refinery.

We are requesting that the owners/operators of Limetree Bay Refinery cooperate with the government by permitting a consensual visit to the refinery by 4-5 officials from EPA's criminal enforcement program. The proposed visit would tour specifically identified operations of Limetree Bay Refinery and would take place on July 14-15, 2021. (A second day is proposed in the event additional time is needed).

If the owners/operators of Limetree Bay Refinery have an interest in cooperating with the government, we would like to discuss this matter with you by phone and the proposed details of the visit as soon as reasonably possible.

Thank you for your prompt attention to this request.

Gretchen Shappert


Gretchen C.F. Shappert
U.S. Attorney for the Virgin Islands
Office of the U.S. Attorney
Ron De Lugo Federal Building
5500 Veterans Drive, Suite 260
Charlotte Amalie, St. Thomas
VI 00802-6214
340-774-5757(front desk)
340-715-9411 (w)
340-998-9388 (c )
https://www.justice.gov/usao-vi



NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

CONFIDENTIAL

Terminals-ESI04650013