# Exhibit 4

# UNITED STATES DISTRICT COURT
for the

District of Virgin Islands

### SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: EIG Management Company, LLC, 600 New Hampshire Ave., NW, Washington, D.C. 20037

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: St. Croix Grand Jury<br>3013 Estate Golden Rock, Lot #13, Christiansted, St. Croix, VI 00820 | Date and Time:<br>05/23/2023 5:00 pm |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

NOTE: THIS SUBPOENA CAN BE COMPLIED WITH BY PROVIDING THE REQUESTED DOCUMENTS LISTED WITHIN THE SUBPOENA ATTACHMENT TO THE AUSA LISTED BELOW PRIOR TO THE ABOVE LISTED DATE AND TIME. IT WILL THEN NOT BE NECESSARY FOR YOU TO APPEAR. PLEASE INCLUDE THE GRAND JURY SUBPOENA NUMBER FOUND IN THE TOP RIGHT HAND CORNER OF THE ISSUED SUBPOENA IN ALL RESPONSIVE CORRESPONDENCE.

PLEASE PROVIDE THE REQUESTED INFORMATION IN ELECTRONIC FORMAT IF POSSIBLE.

Date: 04/20/2023



*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

GLENDA L. LAKE, ESQUIRE

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:

Daniel H. Huston
1108 King Street, Suite 201 Christiansted St. Croix, VI 00820-5080
340-773-3920
daniel.huston@usdoj.gov

# PROOF OF SERVICE

This subpoena for *(name of individual or organization)*   EIG Management Company, LLC

was received by me on *(date)* _____ .

❒ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

❒ I returned the subpoena unexecuted because: _____

_____ .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

# CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____, certify under penalty of perjury as follows:
(Name)

I am the _____ of _____
(Title) (Company Name)

and as such am the Custodian/Responsible Officer regarding the following described records, which are being produced along with this certification:

_____
(Description of Records)

I know and declare that:
- These records were made at or near the time the events or matters they describe occurred;
- These records were created by someone having personal knowledge of the events or matters they describe;
- These records were kept in the course of regularly conducted activity of the company named above;
- It is the regular practice of this company to generate these records;
- This certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

I certify under penalty of perjury that the foregoing is true and correct.

_____  _____
Date                    Signature

                        _____
                        Printed name

                        _____
                        Title

                        _____
                        Company

                        _____
                        Contact number

**PLEASE RETURN COMPLETED FORM WITH DOCUMENTS**



U.S. Department of Justice

**Delia L. Smith**

*United States Attorney*
*District of Virgin Islands*

---

*Main Office:* Ron de Lugo Federal Building & United States Courthouse
*5500 Veterans Drive, Suite 260*
*St. Thomas, VI 00802-6424*
Phone:   (340) 774-5757
Fax:    (340) 776-3474

*Branch Office:*
*1108 King Street, Suite 201*
*Christiansted, St. Croix, VI 00820-5080*
Phone:   (340) 773-3920
Fax:    (340) 773-1407

To recipient of grand jury subpoena:

Law enforcement officials have served upon you a grand jury subpoena that requires the production of the items specified on the date indicated. You may comply with this subpoena in one of three ways:

1. Deliver the requested items to the law enforcement official serving the subpoena;

2. Mail the requested items to the Assistant U.S. Attorney listed on the subpoena at the specified address by mail-electronic or otherwise (certified mail or secured email recommended), return receipt requested. Please do so in sufficient time to reach the attorney by the compliance date; or

3. Appear in person to present the requested items to the grand jury on the compliance date.

**We would prefer if you would return the requested materials directly the Assistant U.S. Attorney listed on the subpoena.** Records provided in compliance with the subpoena will remain in the custody of the grand jury until the grand jury investigation and related proceedings are completed.

Please complete the enclosed Certificate of Authenticity of Business Records Pursuant to Federal Rules of Evidence 902(11) and 902(13) and return it with the records. *Returning this completed form may eliminate the necessity of your having to appear in person in court in the future.*

You may address any questions regarding this request to the Assistant United States Attorney whose name and number appears on the subpoena.



U.S. Department of Justice

**Delia L. Smith**

*United States Attorney*
*District of Virgin Islands*

---

*Main Office:  Ron de Lugo Federal Building & United States Courthouse*
*5500 Veterans Drive, Suite 260*
*St. Thomas, VI   00802-6424*
*Phone:      (340) 774-5757*
*Fax:          (340) 776-3474*

*Branch Office:*
*1108 King Street, Suite 201*
*Christiansted, St. Croix, VI 00820-5080*
*Phone:       (340) 773-3920*
*Fax:          (340) 773-1407*

Keeper of the Records

RE: <u>Grand Jury Subpoena</u>

Dear Sir/Madam:

    Pursuant to an official investigation being conducted by a federal Grand Jury in the District of the Virgin Islands of suspected violations of federal and related territorial criminal laws, your company is requested to furnish to the Grand Jury the documents described in the attached subpoena.

    You are requested <u>not</u> to disclose the existence of this subpoena, nor the fact of your compliance therewith, to anyone, including particularly the customer, for a period of ninety (90) days from the date of compliance with the subpoena.  While you are not required to comply with this non-disclosure request, any such disclosure by the company could impede the investigation and thereby interfere with the enforcement of federal criminal law.

    You may address any questions regarding this request to the Assistant United States Attorney whose name and number appears on the subpoena.

**EIG Management Company, LLC**
**Custodian of Records**
**600 New Hampshire Ave NW**
**Suite 1200**
**Washington, DC 20037**

**Attachment "A" – Documents To Be Produced:**

I. **DEFINITIONS**

   A. "Limetree Bay Energy LLC" should be construed broadly to include, but not be limited to, all of Limetree Bay Energy LLC's wholly or partially owned subsidiaries (including but not limited to, Limetree Bay Refining, LLC, Limetree Bay Terminals, LLC, Transition Refinery Entity LLC, along with any affiliates, predecessor, successors, or assignees of the foregoing), plants and offices, business units, divisions, joint ventures, operations under assumed names, and affiliates, and all of its personnel, which should be construed broadly to include, but not be limited to, Limetree Bay Energy LLC's representative directors, directors, outside directors, audit and supervisory board members, senior executive officers, executive officers, and all other employees, agents, consultants, individuals working at the direction of or for the benefit of the foregoing, and all other individuals or entities over which Limetree Bay Energy LLC has lawful possession, custody, or control.

   B. "Document" should be construed broadly to include, but not be limited to, all written, recorded, or graphic material or information of any kind, whether in draft or final form, in any language. The term shall also include, but not be limited to, all audio recordings, video recordings, disc recordings, photographs, voice messages; agreements; letters; communications; memoranda; notes; reports; analyses; worksheets; spreadsheets; notebooks; surveys; lists; outlines; schedules; pamphlets; newsletters; flyers; charts; logbooks; tabulations; compilations; studies; books; records; telephone books or messages; visitor books; calendar or diary entries; desk or appointment calendars; drafts; business cards; minutes or meetings or conferences; notes or memos or other records of telephone or other conversations or communications; electronic transmissions (including emails, text messages, instant messaging, chat rooms, electronic bulletin boards); ledgers; financial statements; bank statements; bills or invoices; purchase orders; receipts; computer printouts; or other documents in all other formats. It also includes electronically stored data and electronic files, stored on file servers, email servers, hard drives, or other electronic storage media within your company's lawful possession, custody, or control from which information can be obtained either directly or by translation. All such documents are to be produced in reasonably usable form, electronic and searchable, along with instructions for reading the data. All such electronically stored information must be preserved in its native format. The term "document" includes the original (or a copy thereof if the original is not available) and all versions that differ in any respect from the original or that bear notations, markings, or information not on the original. The term shall also include all documents, materials, transmissions, or information, including Electronically Stored Information within the meaning of the Federal Rules of Criminal and Civil Procedure.

   C. "Electronically Stored Information" should be construed broadly to include, but not be limited to, all complete original and non-identical copies (whether different from the original because of notations, metadata, or otherwise) of all documents or other data or data compilations stored, in all electronic mediums, from which information can be obtained, either directly or by translation,

Page 1 of 2

    regardless of origin or location. All such documents are to be produced in reasonably usable form, electronic and searchable, along with instructions for reading the data. This includes all documents stored on cards, magnetic or electronic tapes, disks, computer hard drives, network shares or servers, or other drives, cloud-based platforms, cellular telephones, personal digital assistants, computer tablets, or other mobile devices, and all other storage media

D. "Relating to" should be construed broadly to include, but not be limited to, discussing, describing, reflecting, referring, regarding, containing, analyzing, studying, reporting, commenting on, evidencing, constituting, setting forth, considering, recommending, concerning, about, or pertaining to, in whole or in part.

## II. DOCUMENTS REQUESTED

For the time period January 1, 2018, to Present:

A. Any and all records of communications related to the requests set forth below between your organization and any employee of Limetree Bay Energy LLC, or any of its subsidiaries, or any member of the board of directors for it or any of its subsidiaries. Information sought by this request include all communications related to (a) releases from the facility, (b) operational and/or production benchmarks or goals for the refinery, (c) control of the refinery operations or planned operations, (d) responsibility for compliance with the conditions set forth in the facility's environmental permits, including Air Operating Permit STX-TV-003-10, including but not limited to, documents, correspondence, emails, notes, memos, agendas, reports, proposals, meeting minutes, dates and times of meetings, and attendees, and (e) communications related to the holder of the permit and any planned or potential transfer of that permit.

B. Any and all records, documents, receipts, requests, reimbursements, expenditures, dates, times, for travel to and from St. Croix related to the subject matters included in Section II.A., USVI for any personnel including employees or contractors relating to Limetree Bay Energy LLC and its subsidiaries.