# Exhibit 5

| | |
|---|---|
| **From:** | Daniel Charest |
| **To:** | phardin@joneswalker.com; Robert Bittman; Ryan McConnell |
| **Cc:** | Limetree-AllPlaintiffs |
| **Subject:** | Limetree - Subpoena Service Request |
| **Date:** | Wednesday, July 16, 2025 1:53:06 PM |

Ryan, Bob, and Pauline –

I understand that each of you represent individuals who are witnesses in our civil action regarding the Limetree refinery in St. Croix. Given recent developments, plaintiffs are issuing subpoenas to your collective law firms for communications with counsel for defendants and with respect to the assertion that your clients are potential targets of criminal investigations.

The subpoenas will be issued today (and may be issued already). Will each of you agree to accept service of the subpoena on behalf of your respective law firms? Or should we proceed with formal service?

Please advise promptly. If we don't det a response (or if y'all decline), we will proceed with formal service on the respective firms.

Thanks in advance for any cooperation. And please let me know if you have any questions.

**Daniel H. Charest**
Burns Charest LLP
900 Jackson Street
Suite 500
Dallas, Texas 75202
469.904.4555 direct
214.681.8444 mobile
469.444.5002 fax