AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Bittman Law Firm, PLLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-mc-00128 |
| Clifford Boynes, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Clifford Boynes, et al.

Date:   08/06/2025

/s/Daniel H. Charest
*Attorney's signature*

Daniel H. Charest 492903
*Printed name and bar number*

Burns Charest LLP
900 Jackson Street
Suite 500
Dallas, TX 75202
*Address*

dcharest@burnscharest.com
*E-mail address*

(469) 904-4550
*Telephone number*

(469) 444-5002
*FAX number*